498

## People of State of Illinois, Defendant in Error, v. James R. Sheppard, Plaintiff in Error.

Gen. No. 44,600.

opinion filed June 21, 1949; additional opinion filed September 8, 1949; rehearing denied September 8, 1949; released for publication September 8, 1949. Elmer N. Holmgren and Julian C. Ryer, for plaintiff in error; Julian C. Ryer, of counsel; William J. Tuohy, State's Attorney, for defendant in error; John T. Gallagher, Melvin S. Rembe, W. S. Miroslawski, and Arthur F. Manning, Assistant State's Attorneys, of counsel. Opinion by JUSTICE SCANLAN. Not to be published in full.